UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

          -against-

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-    (   ) (   )

Defendant(s).
-----------------------------------------------------------------X

Defendant _____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ___ teleconferencing:

___   Initial Appearance Before a Judicial Officer

___   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

___   Conference Before a Judicial Officer

_____Tamara Giwa for Alvaro Valencia_____    _____
Defendant's Signature                                                Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____                   _____
Print Defendant's Name                                        Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

February 4, 2021
Date

_____
JAMES L. COTT
United States Magistrate Judge